UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**JAMES C. ZIMMERMANN, ATTORNEY AT LAW**
**244 Route 94 P.O. Box 472**
Vernon, NJ 07462
(973) 764 1633
Attorney for the Debtors
James C. Zimmermann (JZ 2653)

In Re:

Lisa M. Pyper
Shaun M. Pyper

Case No.: 15-14297

Hearing Date: June 21, 2018
Judge: VFP

# CERTIFICATION IN OPPOSITION TO TRUSTEE'S MOTION TO DISMISS

I, Lisa M. Pyper, certify as follows:

1. I am a debtor in this matter and am familiar with and have personal knowledge as to the statements made herein.

2. My husband and I recently failed to make the required trustee payments in accordance with the Chapter 13 Plan which resulted in the filing of this motion to dismiss.

3. My husband and I have now paid all missed trustee payments and are current.

4. This motion was adjourned (4) weeks to afford me the time to do this and it has now been done.

5. I ask that the Trustee's motion be denied as the default has been cured.

6. The statements contained herein are true. I am aware that if any statements are willfully false that I am subject to punishment.

**Dated: 6/13/2018**          **By:**     **/s/ LISA M. PYPER**
                                          **Lisa M. Pyper, Debtor**